THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ULYSSIS FLOYD, a/k/a ULYSSES FLOYD, Defendant-Appellee.

(No. 57808;

First District (1st Division)—April 15, 1974.

PER CURIAM.

BURKE, J., took no part.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Lee T. Hettinger, Assistant State's Attorneys, of counsel), for the People.

Charles I. Schwartz, of Chicago, for appellee.